CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
RayBallister@cda4access.com
MARK D. POTTER, ESQ., SBN 166317
Mark@potterhandy.com
RUSSELL C. HANDY, ESQ., SBN 195058
russ@potterhandy.com
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191
Attorney for Plaintiff CHRIS LANGER

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAGSTAD ENTERPRISES, INC., a California Corporation; THE BAGSTAD GROUP TWO L.P., a California Limited Partnership; BAGSTAD GROUP, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 8:12-CV-00287-AG-JPR<br><br>**ORDER DISMISSING CASE** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: May 11, 2012

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE